UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-79-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| V. | : | ORDER |
| | : | |
| JARED DALE KNIGHT | : | |

THIS MATTER is before the Court upon Motion of the United States for return of seized property.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Harnett County Sheriff's Office is in possession of said seized property.

For good cause shown, IT IS THEREFORE ORDERED that the Motion of the United States be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the following property shall be returned to Sovereign Guns: one Remington MDL 700 with accushot scope and carry bag - Remington Arms Company _ US 700 E6879816; one H&K USP45 handgun serial number 25-096809; one H&K P30 40 caliber serial number 219-006960; one Kimber Ultracarry 2 45 caliber serial number KU114897; one GSG 522 with suppressor 22 LR serial number A407331; one BPM Inc. with EOTECH Optics 223 caliber rifle with hard case; one DPMS 223 caliber med Aone5 serial number F174011; one Smith and Wesson MDL 990 serial number 03208; one Remington MDL 700 with

Sightmark optic scope - Remington Arms Company - US 700 G7093040; one Sentinel Pulsar G5 Night Vision Rifle Scope/Box - Sentinel; one Professional Ordinance Inc. 556 caliber pistol with caliber pistol with holo - professional ordinance - US B24891; one Mossberg maverick MDL 88 12GA Shotgun - Mossberg - US Maverick MDL 88 MV77242L; one Sightmark Ultra Dual Shock Prospec NVQD Sightmark; one Surefire MDL 660 Tactical Light Surefire 660; Box of 28 assorted pistol and rifle magazines and drums; nineteen 223 caliber 20 round boxes of ammunition; four 50 round boxes of 45 caliber ammunition; twenty-nine boxes of 223 caliber ammunition 20 rounds per box; twelve boxes of 40 caliber ammunition 50 rounds per box; one GSG 5 22 caliber LR serial number A300883 GSG; one Bushmaster XM-one5 223 caliber serial number Lone56832; one Glock 22 40 caliber serial number BML409; one stun gun; and one Motorola Verizon cell phone.

The Clerk is directed to provide certified copies of this Order to the Harnett County Sheriff's Office, Lillington, North Carolina and the United States Attorney.

SO ORDERED this the 14 day of March, 2014.

*James C. Fox*
HONORABLE JAMES C. FOX
Senior United States District Judge